## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Travis Montgomery Stevens
      Maryah Lee Stevens

                **Debtors**

BK NO. 15-03623 RNO

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC as Servicer for U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF SW REMIC TRUST 2014-2, and index same on the master mailing list.

Re: Loan # Ending In: 7060

                                 Respectfully submitted,

                                 **/s/ Michael J. Clark, Esquire** \_\_\_
                                 Michael J. Clark, Esquire
                                 Thomas Puleo, Esquire
                                 KML Law Group, P.C.
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106-1532
                                 (215) 627-1322  FAX (215) 627-7734
                                 Attorney for Movant/Applicant