United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                      Case No. 15-03623-RNO
Travis Montgomery Stevens                                   Chapter 13
Maryah Lee Stevens
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: LyndseyPr         Page 1 of 1              Date Rcvd: Jan 04, 2017
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2017.
4695859          +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2017 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
           ecfmail@mwc-law.com
          Ann E. Swartz    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ASwartz@mwc-law.com,
           ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ecfmail@mwc-law.com
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank
           National Association, not in its individual capacity but solely as Trustee for SW REMIC Trust
           2014-2 without recourse pa-bk@logs.com
          Michael J Clark    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
           CAPACITY BUT SOLELY AS TRUSTEE OF SW REMIC TRUST 2014-2 FHA/VA/RHS: NATIONSTAR MORTGAGE LLC
           bkgroup@kmllawgroup.com
          Patrick James Best    on behalf of Joint Debtor Maryah Lee Stevens patrick@armlawyers.com,
           kevin@armlawyers.com;G29239@notify.cincompass.com
          Patrick James Best    on behalf of Debtor Travis Montgomery Stevens patrick@armlawyers.com,
           kevin@armlawyers.com;G29239@notify.cincompass.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 9

**2100 B (12/15)**

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-03623-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Travis Montgomery Stevens
7931 Route 191
Cresco PA 18326

Maryah Lee Stevens
7931 Route 191
Cresco PA 18326

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/04/2017.

Name and Address of Alleged Transferor(s):

Claim No. 1: PHEAA, PO Box 8147, Harrisburg, PA 17105

Name and Address of Transferee:

ECMC
PO Box 16408
St. Paul, MN 55116-0408
ECMC
PO Box 16408
St. Paul, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/06/17

Terrence S. Miller
**CLERK OF THE COURT**