```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 15-03623-RNO
Travis Montgomery Stevens                                           Chapter 13
Maryah Lee Stevens
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: LyndseyPr          Page 1 of 1          Date Rcvd: Oct 08, 2019
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5037909        +E-mail/Text: bkteam@selenefinance.com Oct 08 2019 19:06:29      Selene Finance LP,
                 9990 Richmond Avenue,   Suite 400 South,   Houston, TX 77042,   Selene Finance LP,
                 9990 Richmond Avenue 77042-4546
                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 7, 2019 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Celine P DerKrikorian    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
               CAPACITY BUT SOLELY AS TRUSTEE OF SW REMIC TRUST 2014-2 FHA/VA/RHS: NATIONSTAR MORTGAGE LLC
               bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank
               National Association, not in its individual capacity but solely as Trustee for SW REMIC Trust
               2014-2 without recourse pa-bk@logs.com
              Kevin S Frankel    on behalf of Creditor    Selene Finance LP, et al pa-bk@logs.com
              Michael J Clark    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
               CAPACITY BUT SOLELY AS TRUSTEE OF SW REMIC TRUST 2014-2 FHA/VA/RHS: NATIONSTAR MORTGAGE LLC
               bkgroup@kmllawgroup.com
              Patrick James Best    on behalf of Debtor 2 Maryah Lee Stevens patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
              Patrick James Best    on behalf of Debtor 1 Travis Montgomery Stevens patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
              Sarah K. McCaffery    on behalf of Creditor    U.S. Bank National Association, et al
               smccaffery@squirelaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-03623-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Travis Montgomery Stevens
7931 Route 191
Cresco PA 18326

Maryah Lee Stevens
7931 Route 191
Cresco PA 18326

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/07/2019.

Name and Address of Alleged Transferor(s):

Claim No. 6: Selene Finance LP, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042, Selene Finance LP, 9990 Richmond Avenue

Name and Address of Transferee:

U.S. Bank National Association, et al
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/10/19

Terrence S. Miller
**CLERK OF THE COURT**