Certificate Number: 15111-PAM-DE-035056480

Bankruptcy Case Number: 15-03623


15111-PAM-DE-035056480

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 5, 2020</u>, at <u>11:54</u> o'clock <u>AM EST</u>, <u>Travis M Stevens</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>November 5, 2020</u>          By:   <u>/s/Abdul Basit Younas for Ryan McDonough</u>

Name:   <u>Ryan McDonough</u>

Title:   <u>Executive Director of Education</u>