**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

TRAVIS MONTGOMERY STEVENS                    Case No.: 5-15-03623-RNO
MARYAH LEE STEVENS                                      Chapter 13
             Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| PART 1: | MORTGAGE INFORMATION |
|---|---|
| Creditor Name: | RUSHMORE LOAN MGMT SERVICE |
| Court Claim Number: | 06 |
| Last Four of Loan Number: | 2810 Route 191; PRE-ARREARS - 0840 |
| Property Address if applicable: | 7931 ROUTE 191, FKA 2810 ROUTE 191, CRESCO, PA  18326 |

**PART 2:                                    CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $17,154.87 |
| b. | Prepetition arrearages paid by the Trustee: | $17,154.87 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $17,154.87 |

**PART 3:                        POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:                A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  November 12, 2020                               Respectfully submitted,


                                                        s/ Charles J. DeHart, III, Trustee
                                                        Standing Chapter 13 Trustee
                                                        Suite A, 8125 Adams Drive
                                                        Hummelstown, PA  17036
                                                        Phone:  (717) 566-6097
                                                        Fax:  (717) 566-8313
                                                        eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  RUSHMORE LOAN MGMT SERVICE
Court Claim Number:  06

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1150547 | 06/14/2016 | $224.63 | $0.00 | $224.63 |
| 5200 | 1153503 | 08/04/2016 | $459.01 | $0.00 | $459.01 |
| 5200 | 1155051 | 09/01/2016 | $464.85 | $0.00 | $464.85 |
| 5200 | 1156692 | 10/05/2016 | $464.85 | $0.00 | $464.85 |
| 5200 | 1158277 | 11/02/2016 | $457.06 | $0.00 | $457.06 |
| 5200 | 1159903 | 12/06/2016 | $457.06 | $0.00 | $457.06 |
| 5200 | 1159903 | 12/20/2016 | $-457.06 | $0.00 | $-457.06 |
| 5200 | 1161192 | 01/12/2017 | $914.12 | $0.00 | $914.12 |
| 5200 | 1162728 | 02/08/2017 | $457.06 | $0.00 | $457.06 |
| 5200 | 1164254 | 03/09/2017 | $457.06 | $0.00 | $457.06 |
| 5200 | 1165875 | 04/12/2017 | $457.06 | $0.00 | $457.06 |
| 5200 | 1167425 | 05/11/2017 | $457.06 | $0.00 | $457.06 |
| 5200 | 1169006 | 06/13/2017 | $914.12 | $0.00 | $914.12 |
| 5200 | 1171915 | 08/10/2017 | $914.12 | $0.00 | $914.12 |
| 5200 | 1173438 | 09/19/2017 | $457.06 | $0.00 | $457.06 |
| 5200 | 1176055 | 11/08/2017 | $455.11 | $0.00 | $455.11 |
| 5200 | 1177452 | 12/05/2017 | $455.11 | $0.00 | $455.11 |
| 5200 | 1178867 | 01/11/2018 | $455.11 | $0.00 | $455.11 |
| 5200 | 1180255 | 02/08/2018 | $455.11 | $0.00 | $455.11 |
| 5200 | 1181615 | 03/08/2018 | $455.11 | $0.00 | $455.11 |
| 5200 | 1186364 | 05/15/2018 | $1,808.05 | $0.00 | $1808.05 |
| 5200 | 1189045 | 07/12/2018 | $455.11 | $0.00 | $455.11 |
| 5200 | 1190400 | 08/09/2018 | $455.11 | $0.00 | $455.11 |
| 5200 | 1191698 | 09/06/2018 | $455.11 | $0.00 | $455.11 |
| 5200 | 1193062 | 10/10/2018 | $453.16 | $0.00 | $453.16 |
| 5200 | 1194409 | 11/08/2018 | $453.16 | $0.00 | $453.16 |
| 5200 | 1195821 | 12/13/2018 | $453.16 | $0.00 | $453.16 |
| 5200 | 1197186 | 01/10/2019 | $453.16 | $0.00 | $453.16 |
| 5200 | 1198269 | 02/07/2019 | $453.16 | $0.00 | $453.16 |
| 5200 | 1199556 | 03/12/2019 | $453.16 | $0.00 | $453.16 |
| 5200 | 1200945 | 04/11/2019 | $453.16 | $0.00 | $453.16 |
| 5200 | 1202265 | 05/09/2019 | $453.16 | $0.00 | $453.16 |
| 5200 | 1203581 | 06/06/2019 | $453.16 | $0.00 | $453.16 |
| 5200 | 1204985 | 07/11/2019 | $453.16 | $0.00 | $453.16 |
| 5200 | 1206329 | 08/07/2019 | $76.28 | $0.00 | $76.28 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

TRAVIS MONTGOMERY STEVENS                Case No.: 5-15-03623-RNO
MARYAH LEE STEVENS                             Chapter 13
                    Debtor(s)


# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 12, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

PATRICK J BEST, ESQUIRE                      SERVED ELECTRONICALLY
ANDERS RIEGEL & MASINGTON
18 N 8TH STREET
STROUDSBURG PA,   18360-


RUSHMORE LOAN MANAGEMENT                SERVED BY 1ST CLASS MAIL
PO BOX 55004
IRVINE, CA,   92619-2708


TRAVIS MONTGOMERY STEVENS                SERVED BY 1ST CLASS MAIL
MARYAH LEE STEVENS
7931 ROUTE 191
CRESCO, PA  18326



I certify under penalty of perjury that the foregoing is true and correct.


Date: November 12, 2020                      s/   Donna Schott
                                            Charles J. DeHart, III, Trustee
                                            Standing Chapter 13 Trustee
                                            Suite A, 8125 Adams Drive
                                            Hummelstown, PA  17036
                                            Phone:  (717) 566-6097
                                            Fax:  (717) 566-8313
                                            eMail:  dehartstaff@pamd13trustee.com