United States Bankruptcy Court
Middle District of Pennsylvania

In re:            Case No. 15-03623-RNO
Travis Montgomery Stevens        Chapter 13
Maryah Lee Stevens
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Jan 12, 2021      Form ID: fnldec      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Travis Montgomery Stevens, Maryah Lee Stevens, 7931 Route 191, Cresco, PA 18326-8048

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:

**Name**      **Email Address**

Alexandra Teresa Garcia
     on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com

Ann E. Swartz
     on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com

Celine P DerKrikorian
     on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ecfmail@mwc-law.com

Chandra Marie Arkema
     on behalf of Creditor U.S. Bank National Association et al carkema@squirelaw.com, tuhawkeye@msn.com

Charles J DeHart, III (Trustee)
     TWecf@pamd13trustee.com

James Warmbrodt

| | |
|---|---|
| | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF SW REMIC TRUST 2014-2 FHA/VA/RHS: NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC as servicer for U.S. Bank National Association not in its individual capacity but solely as Trustee for SW REMIC Trust 2014-2 without recourse pa-bk@logs.com |
| Kevin S Frankel | on behalf of Creditor Selene Finance LP et al pa-bk@logs.com |
| Michael J Clark | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF SW REMIC TRUST 2014-2 FHA/VA/RHS: NATIONSTAR MORTGAGE LLC pabk@logs.com |
| Patrick James Best | on behalf of Debtor 1 Travis Montgomery Stevens patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| Patrick James Best | on behalf of Debtor 2 Maryah Lee Stevens patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| Sarah K. McCaffery | on behalf of Creditor U.S. Bank National Association et al bankruptcy@powerskirn.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Travis Montgomery Stevens,<br>**Debtor 1**<br>Maryah Lee Stevens,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:15−bk−03623−RNO |

Social Security No.:
xxx−xx−4964    xxx−xx−6474

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: January 12, 2021

By the Court,

*[signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

**fnldec** (10/20)